### 3506. BROOKE *v.* WALLER & CO.

POWELL, J. Counsel for the defendants in error moved to dismiss the bill of exceptions because it sets out both the oral and the documentary evidence without briefing in accordance with the statute. Upon an inspection of the record the motion is found to be well taken, especially as to the documentary evidence. The motion is granted.

*Writ of error dismissed.*

DECIDED JANUARY 15, 1912.

Motion to dismiss writ of error.

*Finley & Henson,* for plaintiff in error.
*Paul F. Akin, Watt H. Milner,* contra.

---

### 3507. BECKWITH *v.* MANSFIELD LUMBER & CONSTRUCTION CO.

HILL, C. J. 1. A judgment in favor of the defendant, upon a plea in abatement not affecting the merits of the case, can not be successfully pleaded in bar of a subsequent suit on the same cause of action.

2. No error of law appears, and the evidence fully supports the verdict.

*Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Complaint; from city court of Covington—Judge Whaley. May 20, 1911.

*Rogers & Knox,* for plaintiff in error.
*R. W. Milner,* contra.

---

### 3508. BECKWITH *v.* MANSFIELD LUMBER & CONSTRUCTION CO.

HILL, C. J. This case is controlled by the decision of this court handed down this day in *Beckwith* v. *Mansfield Lumber & Construction Co.* (No. 3507), ante.    *Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Complaint; from city court of Covington—Judge Whaley. May 20, 1911.

*Rogers & Knox,* for plaintiff in error.
*R. W. Milner,* contra.